ULLMAN, Respondent, v. ULLMAN, Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1911.) Action

by Percival G. Ullman, Jr., against Edna N. Ullman.

PER CURIAM. Motion for stay granted, without costs, on condition that the defendant stipulate that the father have the custody of the child between Thursday and Monday of each week, perfect her appeal, place the cause on the calendar for the November term, and be ready for argument when reached. Settle order before the Presiding Justice. See, also, infra.